AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 NOV 18 P 3 39

CLERK US DISTRICT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16PO3310 |
| MICHAEL TUBBS | ) | |
| *Defendant* | ) | |

*PRAECIPE*

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Officer Campbell, Badge #213
United States Park Police

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: TBD |
|---|---|---|
| | | Date and Time: 12/06/2016 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 11/18/2016

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

Rosanne C. Haney
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3743
Fax: (703)299-3980